PEARSON, J.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| KRISTEN DEWITT, *etc.*, | |
| | CASE NO. 5:22CV0476 |
| Plaintiff, | |
| v. | JUDGE BENITA Y. PEARSON |
| GERVASI VINEYARD & ITALIAN BISTRO, LLC, *et al.*, | |
| Defendants. | **ORDER OF DISMISSAL** |

Having filed its Order Granting Approval of FLSA Settlement, the Court hereby dismisses this action with prejudice. Because the Court will retain jurisdiction to enforce the settlement, the parties shall submit a copy of the executed Joint Stipulation of Settlement and Release and Exhibit 1 thereto to Judy_Guyer@ohnd.uscourts.gov for the Court's future reference, if necessary.

The Order of Reference dated March 28, 2023 (ECF No. 43) is hereby vacated and set aside.

This Order of Dismissal constitutes entry of judgment pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

| | |
|---|---|
| April 26, 2023 | */s/ Benita Y. Pearson* |
| Date | Benita Y. Pearson |
| | United States District Judge |